FILED
2018 Aug-02  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca<br>01 | ELECTRONICALLY FILED<br>4/17/2018 12:33 PM<br>01-CV-2018-901561.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|

Date of Filing: Judge Code:
04/17/2018

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION v. LAURIE ANN MCGOUGH

**First Plaintiff:** ☑ Business ☐ Individual    **First Defendant:** ☐ Business ☑ Individual
☐ Government ☐ Other ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
         Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
         Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM    O ☐ OTHER
                                        DISTRICT COURT

          R ☐ REMANDED    T ☐ TRANSFERRED FROM
                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a
                                                      jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☐ MONETARY AWARD REQUESTED ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
SAA004              4/17/2018 12:33:08 PM              /s/ ANDREW WEIL SAAG
                    Date                                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
4/17/2018 12:33 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### (BIRMINGHAM DIVISION)

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. ) ) |
| LAURIE ANN MCGOUGH, | ) ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable Court as follows:

1.  Plaintiff, Federal Home Loan Mortgage Corporation, is qualified to do business in Alabama and doing business in Jefferson County, Alabama.

2.  Defendant, Laurie Ann McGough, is over the age of 19 years and is a resident citizen of Jefferson County, Alabama.

3.  Plaintiff avers that by virtue of foreclosure on March 7, 2018, of that certain Mortgage originally between Laurie Ann McGough and Mortgage Electronic Registration Systems, Inc. as nominee for Compass Bank transferred to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing further sold to Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation is the owner of the following-described real property located and situated in Jefferson County, Alabama, to wit:

> Lot 8, Forestwood Farms a Subdivision according to a map or plat thereof which is on file of record in the Office of the Probate Judge of Jefferson County, Alabama, in Map Book 63, Page 14, reference to which is hereby made in aid of and as a part of this description.

Also known as **7590 Forest Wood Drive, Dora, AL 35062**

However in the event of a discrepancy between the legal description and street address, the legal description shall control.

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4. Plaintiff avers that on or about March 12, 2018, Plaintiff served or caused to be served upon the Defendant written Notice to Vacate the subject real property pursuant to Section 6-5-251 Code of Alabama (1975). A copy of the aforesaid written Notice to Vacate is attached hereto, incorporated by reference and designated as Exhibit "B".

5. Plaintiff avers that Defendant has lost the right to redeem the property.

6. Plaintiff avers that to date Defendant has failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendant has forfeited the right to redemption for failing to vacate the property, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

Andy Saag (SAA004)
*Carl J. Emmons (EMM003)
Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:    (205) 930-5100
Fax:    (205) 930-5101
E-mail addresses:

asaag@sirote.com
cemmons@sirote.com

STATE OF ALABAMA

FORECLOSURE DEED

COUNTY OF Jefferson

KNOW ALL PERSONS BY THESE PRESENTS: That LAURIE ANN MCGOUGH, an unmarried person, did, on to-wit, April 20th, 2005, execute a mortgage to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Compass Bank, which mortgage is recorded in Instrument #200506/9568, et seq., in the Office of the Judge of Probate of Jefferson County, Alabama; said mortgage being lastly assigned to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by instrument recorded in Instrument #2017066846 said Probate Court records; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did declare all of the indebtedness secured by said mortgage due and payable and did give due and proper notice of the foreclosure of said mortgage, in accordance with the terms thereof, by publication in Alabama Messenger, in its issues of February 7, 14 and 21, 2018; and

WHEREAS, on March 7th, 2018, the day on which the foreclosure sale was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure sale was duly and properly conducted, and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did offer for sale and did sell at public outcry, in front of the courthouse door of Jefferson County, Alabama, in the city of Birmingham, Alabama, the property hereinafter described; and

WHEREAS, the highest and best bid for cash obtained for the property described in the aforementioned mortgage was the bid of the said FEDERAL HOME LOAN MORTGAGE CORPORATION in the amount of ONE HUNDRED SEVENTY SEVEN THOUSAND AND 00/100THS ($177,00.00) DOLLARS. which sum the said FEDERAL HOME LOAN MORTGAGE CORPORATION paid cash and said property was thereupon sold to the said FEDERAL HOME LOAN MORTGAGE CORPORATION; and

WHEREAS, said mortgage expressly authorized the mortgagee to bid at the said sale and purchase said property, if the highest bidder therefor, and authorized the Mortgagee or Auctioneer or any person conducting said sale for the Mortgagee to execute to the purchaser at the said sale a deed to the property so purchased;

NOW, THEREFORE, in consideration of the premises and of a credit of ONE HUNDRED SEVENTY SEVEN ($177,000.00) DOLLARS, on the indebtedness secured by said mortgage, the said LAURIE ANN MCGOUGH, acting by and through the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison, as said auctioneer and the person conducting the said sale for the Mortgagee or Transferee of Mortgagee, and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, do hereby grant, bargain, sell and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the following described real estate situated in Jefferson County, Alabama, to-wit:

LOT 8, FORESTWOOD FARMS A SUBDIVISION ACCORDING TO A MAP OR PLAT THEREOF WHICH IS ON FILE OF RECORD IN THE OFFICE OF THE PROBATE JUDGE OF JEFFERSON COUTNY, ALABAMA, IN MAP BOOK 63, PAGE 14, REFERENCE TO WHICH IS HEREBY MADE IN AID OF AND AS A PART OF THIS DESCRIPTION .

The following information is required by § 40-22-1

Grantors' Address: 7590 Forestwood Dr, Dora, AL 35062
Property Address: 7590 Forestwood Dr, Dora, AL 35062
Date of Sale: 7th day of March, 2018
Consideration: $177,000.00

TO HAVE AND TO HOLD THE above-described property unto the said FEDERAL HOME LOAN MORTGAGE CORPORATION forever; subject, however, to the statutory rights of redemption on the part of those entitled to redeem as provided by the laws of the State of Alabama and subject to any outstanding claims arising out of or relating to non-payment of ad valorem taxes, easements, encumbrances, reservations and exceptions reflected in the mortgage and/or those contained in the records of the office of the Judge of Probate of the county where the above-described property is situated.

IN WITNESS WHEREOF, the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing has caused this instrument to be executed by John M. Robison as auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and in witness whereof the said John M. Robison has executed this instrument in his/her capacity as such auctioneer on this the _15th_ day of March, 2018.

County Division Code: AL039
Inst. # 2018029320 Pages: 1 of 2
I certify this instrument filed on
3/26/2018 9:10 AM Doc: D
Alan L.King, Judge of Probate
Jefferson County, AL. Rec: $20.00

Clerk: PWBESS

LAURIE ANN MCGOUGH
Mortgagors

By:   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
Mortgagee or Transferee of Mortgage

By:   _____
As Auctioneer and the person conducting said
sale for the Mortgagee or Transferee of
Mortgagee


New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
Mortgagee or Transferee of Mortgage

By:   _____
As Auctioneer and the person conducting said sale for the
Mortgagee or Transferee of Mortgagee

_____
As Auctioneer and the person conducting said sale for the Mortgagee or
Transferee of Mortgage

STATE OF ALABAMA

COUNTY OF Jefferson

     I, the undersigned, a Notary Public in and for said State and County, hereby certify that John M. Robison, whose name as Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgage, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that being informed of the contents of the conveyance, he/she, in his/her capacity as such Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgage, and with full authority executed this instrument voluntarily on the day the same bears date.

     Given under my hand and official seal this the 15th day of March, 2018.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES February 9, 2022


This instrument prepared by:
Goodman G. Ledyard
PIERCE LEDYARD, P.C.
Post Office Box 161389
Mobile, Alabama 36616

Send Tax notice to:
Grantee's Address:
21550 Beaumeade Circle
Ashburne, VA 20147



# PIERCE LEDYARD PC
#### ATTORNEYS AT LAW

MAILING ADDRESS:
POST OFFICE BOX 161389
MOBILE, ALABAMA 36616

TELEPHONE 251.338.1300
FACSIMILE 251.338.1305
WWW.PIERCELEDYARD.COM

March 12, 2018

VIA US AND CERTIFIED MAIL
ARTICLE NO. 7017 3380 0001 1321 7640
LAURIE ANN MCGOUGH
And/or Occupant
7590 Forestwood Dr
Dora, AL 35062

    Re:    Foreclosure of mortgage to New Penn Financial, LLC d/b/a Shellpoint Mortgage
Servicing
        Our File No. 3773/26082

Dear Mrs. McGough and/or occupant:

    The above property was foreclosed on March 7th, 2018, by auction sale at the Courthouse
door. I enclose a copy of the mortgage foreclosure deed.

    You are hereby notified to vacate the premises within ten (10) days hereof. Failure to vacate
within the prescribed time forfeits your right of redemption and will result in an ejectment
proceeding being brought against you.

        Yours very truly,

        Goodman G. Ledyard
        For the Firm

GGL:bmw
Enclosure

cc: Shellpoint Mortgage Servicing



AlaFile E-Notice

01-CV-2018-901561.00

To:   ANDREW WEIL SAAG
      saag73@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 4/17/2018 12:33:21 PM

Notice Date:      4/17/2018 12:33:21 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  LAURIE ANN MCGOUGH
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 4/17/2018 12:33:21 PM

Notice Date:      4/17/2018 12:33:21 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-901561.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** LAURIE ANN MCGOUGH, 7590 FOREST WOOD DRIVE, DORA, AL 35062

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANDREW WEIL SAAG

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.          *[Name(s)]*

| 4/17/2018 12:33:21 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.          _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____.

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
4/18/2018 2:12 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, A

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CASE NO. CV 2018-901561** ) ) |
| LAURIE ANN MCGOUGH, AND PHILLIP VAZZA, | ) ) ) |
| Defendants, | ) ) |

## AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and incorporates herein by reference and adopts all the allegations originally set forth in Plaintiff's Complaint, and further amends its Complaint by adding as a Defendant Phillip Vazza, and as grounds therefor alleges as follows:

That the Defendant, Phillip Vazza, currently occupies the real property made the basis of this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of said real property, together with money damages for the wrongful retention of the same, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

Andy Saag (SAA004)
*Jacob A. Kiser (KIS004)
Attorneys for Plaintiff,
Federal Home Loan Mortgage
Corporation

OF COUNSEL:
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:    (205) 930-5100
Fax:    (205) 930-5101
E-mail addresses:  asaag@sirote.com
                   jkiser@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on April *18th* 2018, I electronically filed the foregoing with the Clerk of the Court using the Alafile e-filing system, which will send notification of such filing to the following:

Laurie Ann McGough

s/Jacob A. Kiser
Jacob A. Kiser

ELECTRONICALLY FILED
4/17/2018 12:33 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### (BIRMINGHAM DIVISION)

FEDERAL HOME LOAN                        )
MORTGAGE CORPORATION,                     )
                                          )
    Plaintiff,                     )
                                          )   CASE NO.
vs.                                       )
                                          )
LAURIE ANN MCGOUGH,                       )
                                          )
    Defendant.                     )

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable Court as follows:

1. Plaintiff, Federal Home Loan Mortgage Corporation, is qualified to do business in Alabama and doing business in Jefferson County, Alabama.

2. Defendant, Laurie Ann McGough, is over the age of 19 years and is a resident citizen of Jefferson County, Alabama.

3. Plaintiff avers that by virtue of foreclosure on March 7, 2018, of that certain Mortgage originally between Laurie Ann McGough and Mortgage Electronic Registration Systems, Inc. as nominee for Compass Bank transferred to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing further sold to Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation is the owner of the following-described real property located and situated in Jefferson County, Alabama, to wit:

> Lot 8, Forestwood Farms a Subdivision according to a map or plat thereof which is on file of record in the Office of the Probate Judge of Jefferson County, Alabama, in Map Book 63, Page 14, reference to which is hereby made in aid of and as a part of this description.

> Also known as **7590 Forest Wood Drive, Dora, AL 35062**

However in the event of a discrepancy between the legal description and street address, the legal description shall control.

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4.  Plaintiff avers that on or about March 12, 2018, Plaintiff served or caused to be served upon the Defendant written Notice to Vacate the subject real property pursuant to Section 6-5-251 Code of Alabama (1975).  A copy of the aforesaid written Notice to Vacate is attached hereto, incorporated by reference and designated as Exhibit "B".

5.  Plaintiff avers that Defendant has lost the right to redeem the property.

6.  Plaintiff avers that to date Defendant has failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendant has forfeited the right to redemption for failing to vacate the property, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

Andy Saag (SAA004)
*Carl J. Emmons (EMM003)
Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:    (205) 930-5100
Fax:    (205) 930-5101
E-mail addresses:

asaag@sirote.com
cemmons@sirote.com

STATE OF ALABAMA

COUNTY OF Jefferson

FORECLOSURE DEED

KNOW ALL PERSONS BY THESE PRESENTS: That LAURIE ANN MCGOUGH, an unmarried person, did, on to-wit, April 20th, 2005, execute a mortgage to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Compass Bank, which mortgage is recorded in Instrument #200506/9568, et seq., in the Office of the Judge of Probate of Jefferson County, Alabama; said mortgage being lastly assigned to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by instrument recorded in Instrument #2017066846 said Probate Court records; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did declare all of the indebtedness secured by said mortgage due and payable and did give due and proper notice of the foreclosure of said mortgage, in accordance with the terms thereof, by publication in Alabama Messenger, in its issues of February 7, 14 and 21, 2018; and

WHEREAS, on March 7th, 2018, the day on which the foreclosure sale was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure sale was duly and properly conducted, and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did offer for sale and did sell at public outcry, in front of the courthouse door of Jefferson County, Alabama, in the city of Birmingham, Alabama, the property hereinafter described; and

WHEREAS, the highest and best bid for cash obtained for the property described in the aforementioned mortgage was the bid of the said FEDERAL HOME LOAN MORTGAGE CORPORATION in the amount of ONE HUNDRED SEVENTY SEVEN THOUSAND AND 00/100THS ($177,00.00) DOLLARS, which sum the said FEDERAL HOME LOAN MORTGAGE CORPORATION paid cash and said property was thereupon sold to the said FEDERAL HOME LOAN MORTGAGE CORPORATION; and

WHEREAS, said mortgage expressly authorized the mortgagee to bid at the said sale and purchase said property, if the highest bidder therefor, and authorized the Mortgagee or Auctioneer or any person conducting said sale for the Mortgagee to execute to the purchaser at the said sale a deed to the property so purchased;

NOW, THEREFORE, in consideration of the premises and of a credit of ONE HUNDRED SEVENTY SEVEN THOUSAND AND 00/100THS ($177,000.00) DOLLARS, on the indebtedness secured by said mortgage, the said LAURIE ANN MCGOUGH, acting by and through the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison, as said auctioneer and the person conducting the said sale for the Mortgagee or Transferee of Mortgagee, and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, do hereby grant, bargain, sell and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the following described real estate situated in Jefferson County, Alabama, to-wit:

LOT 8, FORESTWOOD FARMS A SUBDIVISION ACCORDING TO A MAP OR PLAT THEREOF WHICH IS ON FILE OF RECORD IN THE OFFICE OF THE PROBATE JUDGE OF JEFFERSON COUTNY, ALABAMA, IN MAP BOOK 63, PAGE 14, REFERENCE TO WHICH IS HEREBY MADE IN AID OF AND AS A PART OF THIS DESCRIPTION.

The following information is required by § 40-22-1

Grantors' Address: 7590 Forestwood Dr, Dora, AL 35062
Property Address: 7590 Forestwood Dr, Dora, AL 35062
Date of Sale: 7th day of March, 2018
Consideration: $177,000.00

TO HAVE AND TO HOLD THE above-described property unto the said FEDERAL HOME LOAN MORTGAGE CORPORATION forever; subject, however, to the statutory rights of redemption on the part of those entitled to redeem as provided by the laws of the State of Alabama and subject to any outstanding claims arising out of or relating to non-payment of ad valorem taxes, easements, encumbrances, reservations and exceptions reflected in the mortgage and/or those contained in the records of the office of the Judge of Probate of the county where the above-described property is situated.

IN WITNESS WHEREOF, the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing has caused this instrument to be executed by John M. Robison as auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and in witness whereof the said John M. Robison has executed this instrument in his/her capacity as such auctioneer on this the _15th_ day of March, 2018.

County Division Code: AL039
Inst. # 2018029320 Pages: 1 of 2
I certify this instrument filed on
3/26/2018 9:10 AM Doc: D
Alan L King, Judge of Probate
Jefferson County, AL. Rec: $20.00

Clerk: PWBESS

<u>LAURIE ANN MCGOUGH</u>
Mortgagors

By:   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
Mortgagee or Transferee of Mortgagee

By:   _John M. Robison_____
As Auctioneer and the person conducting said
sale for the Mortgagee or Transferee of
Mortgagee

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
Mortgagee or Transferee of Mortgagee

By:   _John M. Robison_____
As Auctioneer and the person conducting said sale for the
Mortgagee or Transferee of Mortgagee

_John M. Robison_____
As Auctioneer and the person conducting said sale for the Mortgagee or
Transferee of Mortgagee

STATE OF ALABAMA

COUNTY OF Jefferson

    I, the undersigned, a Notary Public in and for said State and County, hereby certify that John M. Robison, whose name as Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that being informed of the contents of the conveyance, he/she, in his/her capacity as such Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and with full authority executed this instrument voluntarily on the day the same bears date.

    Given under my hand and official seal this the 15th day of March, 2018.

_Angela Quick_____
NOTARY PUBLIC

MY COMMISSION EXPIRES _February 9, 2022_

This instrument prepared by:
Goodman G. Ledyard
PIERCE LEDYARD, P.C.
Post Office Box 161389
Mobile, Alabama 36616

Send Tax notice to:
Grantee's Address:
21550 Beaumeade Circle
Ashburne, VA  20147

ANGELA QUICK
NOTARY PUBLIC
ALABAMA STATE AT LARGE



**PIERCE LEDYARD PC**
ATTORNEYS AT LAW

MAILING ADDRESS:
POST OFFICE BOX 161389
MOBILE, ALABAMA 36616

TELEPHONE 251.338.1300
FACSIMILE 251.338.1305
WWW.PIERCELEDYARD.COM

March 12, 2018

VIA US AND CERTIFIED MAIL
ARTICLE NO. 7017 3380 0001 1321 7640
LAURIE ANN MCGOUGH
And/or Occupant
7590 Forestwood Dr
Dora, AL 35062

Re:   Foreclosure of mortgage to New Penn Financial, LLC d/b/a Shellpoint Mortgage
Servicing
Our File No. 3773/26082

Dear Mrs. McGough and/or occupant:

The above property was foreclosed on March 7th, 2018, by auction sale at the Courthouse door. I enclose a copy of the mortgage foreclosure deed.

You are hereby notified to vacate the premises within ten (10) days hereof. Failure to vacate within the prescribed time forfeits your right of redemption and will result in an ejectment proceeding being brought against you.

Yours very truly,

Goodman G. Ledyard
For the Firm

GGL:bmw
Enclosure

cc: Shellpoint Mortgage Servicing



AlaFile E-Notice

01-CV-2018-901561.00

To:   ANDREW WEIL SAAG
      saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 4/18/2018 2:12:33 PM

Notice Date:     4/18/2018 2:12:33 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  PHILIP VAZZA
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 4/18/2018 2:12:33 PM

Notice Date:     4/18/2018 2:12:33 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MCGOUGH LAURIE ANN (PRO SE)
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 4/18/2018 2:12:33 PM

Notice Date:     4/18/2018 2:12:33 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-901561.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** PHILIP VAZZA, 7590 FOREST WOOD DRIVE, DORA, AL 35062

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANDREW WEIL SAAG

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
[Name(s)]
pursuant to the Alabama Rules of the Civil Procedure.

| 4/18/2018 2:12:33 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

(Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
(Name of Person Served)          (Name of County)

Alabama on _____
(Date)

_____ (Type of Process Server)

_____ (Server's Signature)

_____ (Server's Printed Name)

_____ (Address of Server)

_____ (Phone Number of Server)

ELECTRONICALLY FILED
4/23/2018 1:22 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | Co<br>01-CV-2018-901561.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** LAURIE ANN MCGOUGH, 7590 FOREST WOOD DRIVE, DORA, AL 35062

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANDREW WEIL SAAG

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

4/17/2018 12:33:21 PM          /s/ ANNE-MARIE ADAMS          By: _____

*(Date)*                              *(Signature of Clerk)*                         *(Name)*

---

☐ Certified Mail is hereby requested.

I certify I have complied with Rule 4 of the Alabama Rules of Civil Procedure by leaving a copy of the Summons and Complaint with the individual, other than a minor or an incompetent person, or by serving the individual by leaving a copy of the Summons and Complaint at the individual's dwelling, house or usual place of abode with someone of suitable age and discretion residing therein.

☐ Return receipt of certified mail received

☒ I certify that I personally delivered a co_____ ...

Laurie via Phillip Vazza _____ in _____ Jefferson _____ County,

*(Name of Person Served)*                                          *(Name of County)*

Alabama on 04/17/2018

*(Date)*

Special
*(Type of Process Server)*

*(Server's Signature)*

Chris Haynes
*(Server's Printed Name)*

**H&A Associates**
*(Address of Server)*
**P.O. BOX 991**
**Moody AL 35004**
**205 492 0019**
*(Phone Number of Server)*

01-CV-2018-901561.00
FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

C001 - FEDERAL HOME LOAN MORTGAGE CORPORATION v.          D001 - LAURIE ANN MCGOUGH

*(Plaintiff)*                                                                      *(Defendant)*

9/25 **SERVICE RETURN COPY**





AlaFile E-Notice

01-CV-2018-901561.00

To:   ANDREW WEIL SAAG
      saag73@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 4/23/2018 1:22:32 PM

Notice Date:      4/23/2018 1:22:32 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 4/23/2018 1:22:32 PM

Notice Date:     4/23/2018 1:22:32 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

To:  VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 4/23/2018 1:22:32 PM

Notice Date:     4/23/2018 1:22:32 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| STATE OF ALABAMA<br>Unified Judicial System | Revised 3/5/08 | Case No.<br>01-CV-18-901561 |
|---|---|---|
| | ☐District Court ☑Circuit Court | |

Style of case: Federal Home Loan Mortgage Corp.
v. Laurie Ann McGough

**CIVIL MOTION COVER SHEET**
Name of Filing Party: Laurie Ann McGough

Name, Address, and Telephone No. of Attorney or Party (If Not Represented).
7590 Forestwood Dr.
Dora, AL 35062

☐Oral Arguments Requested

Attorney Bar No.:

## TYPE OF MOTION

**Motions Requiring Fee**

☐Default Judgment ($50.00)
☐Joinder in Other Party's Dispositive Motion (I.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐Judgment on the Pleadings ($50.00)
☐Motion to Dismiss, or in the Alternative Summary Judgment($50.00)
☐Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐Summary Judgment pursuant to Rule 56($50.00)
☐Motion to Intervene ($297.00)
☐Other _____ pursuant to Rule _____ ($50.00)

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐Local Court Costs $ _____

Hearing Date:

**Motions Not Requiring Fee**

☐Add Party
☐Amend
☐Change of Venue/Transfer
☐Compel
☐Consolidation
☐Continue
☐Deposition
☐Designate a Mediator
☐Judgment as a Matter of Law (during Trial)
☐Disburse Funds
☐Extension of Time
☐In Limine
☐Joinder
☐More Definite Statement
☐Motion to Dismiss pursuant to Rule 12(b)
☐New Trial
☐Objection of Exemptions Claimed
☐Pendente Lite
☐Plaintiff's Motion to Dismiss
☐Preliminary Injunction
☐Protective Order
☐Quash
☐Release from Stay of Execution
☐Sanctions
☐Sever
☐Special Practice in Alabama
☐Stay
☐Strike
☐Supplement to Pending Motion
☐Vacate or Modify
☐Withdraw
☒Other Void Service or Allow More pursuant to Rule Time to Respond (Subject to Filing Fee)

**FILED IN OFFICE**
**CIRCUIT CIVIL DIVISION**
**MAY 16 2018**
**ANNE-MARIE ADAMS**
**CLERK**

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date: 5/16/18

Signature of Attorney or Party:
Laurie Ann McGough

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, Alabama
(BIRMINGHAM DIVISION)

FEDERAL HOME LOAN MORTGAGE CORP., )
Plaintiff                                                    )
                                                             )
Vs                                                           )        Case NO  01-CV-18-901561
                                                             )
LAURIE ANN MCGOUGH                                           )
Defendant                                                    )
                                                             )

**FILED IN OFFICE**
**CIRCUIT CIVIL DIVISION**

**MAY 16 2018**

**ANNE-MARIE ADAMS**
**CLERK**

Defendants Motion for Void Service OR Allow More Time to Respond

Defendant Laurie Ann McGough has not been served properly with this complaint.

A person by the name of Phillip Vazza, name spelled wrong, was given these papers at defendant's home.

Phillip Vazza, name spelled wrong, does not live at defendant's address.

Phillip Vazza, name spelled wrong, was not authorized by defendant to accept any paperwork from anyone while defendant was not home.

Phillip Vazza, name spelled wrong, has been made a party to this action for some unknown reason as he does not live at this address, has never lived at this address, was not a party to the deed, note or mortgage at any time.

Phillip Vazza, name spelled wrong, is a friend of the defendants who happened to be visiting.

Defendant ask this court to void the service since it was not properly served to anyone living in defendant's home nor was it personally served to defendant.

Defendant, in the alterative if court deems service good, ask this court for an additional 30 days to respond to this complaint.

*Laurie Ann McGough*
Laurie Ann McGough

I certify that I have mailed a copy to:

Andy Sagg
Carl J. Emmons
2311 Highland Avenue South



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:   SAAG ANDREW WEIL
      saag73@aol.com

# COURTESY NOTICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/16/2018 4:11:27 PM

MOTION FOR VOID SERVICE OR ALLOW MORE TIME TO RESPOND

[Filer: PRO SE]

Notice Date:      5/16/2018 4:11:27 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
5/21/2018 12:01 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

FEDERAL HOME LOAN MORTGAGE CORPORATION,
Plaintiff,

V.

MCGOUGH LAURIE ANN,
VAZZA PHILIP,
Defendants.

) ) ) ) ) ) ) ) )

Case No.:    CV-2018-901561.00

## ORDER

This matter comes before the Court on Defendant's, LAURIE ANN MCGOUGH, MOTION FOR VOID SERVICE OR TO ALLOW MORE TIME TO RESPOND TO THE COMPLAINT. After due consideration, the Court **GRANTS** said motion. It is hereby **ORDERED** that the Defendant will have an additional **thirty (30) days** to respond to the complaint.

**DONE this 21ˢᵗ day of May, 2018.**

/s/ JAVAN J. PATTON
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:   SAAG ANDREW WEIL
      saag73@aol.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/21/2018 12:01:42 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JJP

Notice Date:      5/21/2018 12:01:42 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To: MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/21/2018 12:01:42 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JJP

Notice Date:      5/21/2018 12:01:42 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To: VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/21/2018 12:01:42 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JJP

Notice Date:     5/21/2018 12:01:42 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

State of Alabama
Unified Judicial System
Form C-34   Rev. 4/2017

# SUMMONS
## - CIVIL -

ELECTRONICALLY FILED
5/24/2018 10:32 AM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY,
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** PHILIP VAZZA, 7590 FOREST WOOD DRIVE, DORA, AL 35062

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANDREW WEIL SAAG

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ *(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 4/18/2018 2:12:33 PM | /s/ ANNE-MARIE ADAMS | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.   _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

No longer lives at the property address in. Jefferson County,
*(Name of Person Served)*                                           *(Name of County)*

Alabama on 5/14/2018
         *(Date)*

Special                    Mrl Haynes                    760 Starlite Dr.
*(Type of Process Server)*   *(Server's Signature)*        *(Address of Server)*

                           Michael Haynes               Odenville AL 35120
                           *(Server's Printed Name)*     (205)577-0243
                                                         *(Phone Number of Server)*

### 01-CV-2018-901561.00
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

| C001 - FEDERAL HOME LOAN MORTGAGE CORPORATION v. | D002 - PHILIP VAZZA |
|---|---|
| *(Plaintiff)* | *(Defendant)* |



# SERVICE RETURN COPY



AlaFile E-Notice

01-CV-2018-901561.00

To:  ANDREW WEIL SAAG
     saag73@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - NOT SERVED was FILED on 5/24/2018
10:32:10 AM

Notice Date:     5/24/2018 10:32:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - NOT SERVED was FILED on 5/24/2018
10:32:10 AM

Notice Date:     5/24/2018 10:32:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:   VAZZA PHILIP (PRO SE)
      7590 FOREST WOOD DRIVE
      DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - NOT SERVED was FILED on 5/24/2018
10:32:10 AM

Notice Date:     5/24/2018 10:32:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
5/25/2018 12:18 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| LAURIE ANN MCGOUGH, PHILLIP VAZZA, AND MATTHEW DOOLEY, | ) ) ) ) |
| Defendants, | ) ) |

CASE NO. CV 2018-901561

## AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and incorporates herein by reference and adopts all the allegations originally set forth in Plaintiff's Complaint, and further amends its Complaint by adding as a Defendant Matthew Dooley, and as grounds therefor alleges as follows:

That the Defendant, Matthew Dooley, currently occupy the real property made the basis of this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of said real property, together with money damages for the wrongful retention of the same, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

Andy Saag (SAA004)
*Jacob A. Kiser (KIS004)
Attorneys for Plaintiff,
Federal Home Loan Mortgage
Corporation

OF COUNSEL:
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
E-mail addresses: asaag@sirote.com
                           jkiser@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on May _____, 2018, I electronically filed the foregoing with the Clerk of the Court using the Alafile e-filing system, which will send notification of such filing to the following:

Laurie Ann McGough

s/Jacob A. Kiser
Jacob A. Kiser

DOCUMENT 5

ELECTRONICALLY FILED
4/18/2018 2:12 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE )
CORPORATION, )
 )
    Plaintiff, )
 )   **CASE NO. CV 2018-901561**
 )
vs. )
 )
LAURIE ANN MCGOUGH, AND )
PHILLIP VAZZA, )
 )
    Defendants, )

## AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and incorporates herein by reference and adopts all the allegations originally set forth in Plaintiff's Complaint, and further amends its Complaint by adding as a Defendant Phillip Vazza, and as grounds therefor alleges as follows:

That the Defendant, Phillip Vazza, currently occupies the real property made the basis of this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of said real property, together with money damages for the wrongful retention of the same, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

 

        Andy Saag (SAA004)
        *Jacob A. Kiser (KIS004)
        Attorneys for Plaintiff,
        Federal Home Loan Mortgage
        Corporation

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
E-mail addresses:  asaag@sirote.com
                jkiser@sirote.com

DOCUMENT 5

## CERTIFICATE OF SERVICE

I hereby certify that on April 18th 2018, I electronically filed the foregoing with the Clerk of the Court using the Alafile e-filing system, which will send notification of such filing to the following:

Laurie Ann McGough

s/Jacob A. Kiser
Jacob A. Kiser

ELECTRONICALLY FILED
4/17/2018 12:33 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
(BIRMINGHAM DIVISION)

FEDERAL HOME LOAN                )
MORTGAGE CORPORATION,            )
                                 )
        Plaintiff,               )
                                 )  CASE NO.
vs.                              )
                                 )
LAURIE ANN MCGOUGH,              )
                                 )
        Defendant.               )

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable

Court as follows:

1.  Plaintiff, Federal Home Loan Mortgage Corporation, is qualified to do business in

Alabama and doing business in Jefferson County, Alabama.

2.  Defendant, Laurie Ann McGough, is over the age of 19 years and is a resident citizen

of Jefferson County, Alabama.

3.  Plaintiff avers that by virtue of foreclosure on March 7, 2018, of that certain Mortgage

originally between Laurie Ann McGough and Mortgage Electronic Registration Systems, Inc. as

nominee for Compass Bank transferred to New Penn Financial, LLC d/b/a Shellpoint Mortgage

Servicing further sold to Federal Home Loan Mortgage Corporation, Federal Home Loan

Mortgage Corporation is the owner of the following-described real property located and situated

in Jefferson County, Alabama, to wit:

Lot 8, Forestwood Farms a Subdivision according to a map or plat thereof which is
on file of record in the Office of the Probate Judge of Jefferson County, Alabama,
in Map Book 63, Page 14, reference to which is hereby made in aid of and as a part
of this description.

Also known as 7590 Forest Wood Drive, Dora, AL 35062

DOCUMENT 16
DOCUMENT 5

However in the event of a discrepancy between the legal description and street address, the legal description shall control.

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4. Plaintiff avers that on or about March 12, 2018, Plaintiff served or caused to be served upon the Defendant written Notice to Vacate the subject real property pursuant to Section 6-5-251 Code of Alabama (1975). A copy of the aforesaid written Notice to Vacate is attached hereto, incorporated by reference and designated as Exhibit "B".

5. Plaintiff avers that Defendant has lost the right to redeem the property.

6. Plaintiff avers that to date Defendant has failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendant has forfeited the right to redemption for failing to vacate the property, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

Andy Saag (SAA004)
*Carl J. Emmons (EMM003)
Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
E-mail addresses:

DOCUMENT 16
DOCUMENT 2 5

asaag@sirote.com
cemmons@sirote.com

STATE OF ALABAMA

COUNTY OF Jefferson

FORECLOSURE DEED

KNOW ALL PERSONS BY THESE PRESENTS: That LAURIE ANN MCGOUGH, an unmarried person, did, on to-wit, April 20th, 2005, execute a mortgage to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Compass Bank, which mortgage is recorded in Instrument #200506/956K, et seq., in the Office of the Judge of Probate of Jefferson County, Alabama, said mortgage being lastly assigned to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by instrument recorded in Instrument #2017066846 said Probate Court records; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did declare all of the indebtedness secured by said mortgage due and payable and did give due and proper notice of the foreclosure of said mortgage, in accordance with the terms thereof, by publication in Alabama Messenger, in its issues of February 7, 14 and 21, 2018; and

WHEREAS, on March 7th, 2018, the day on which the foreclosure sale was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure sale was duly and properly conducted, and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing did offer for sale and did sell at public outcry, in front of the courthouse door of Jefferson County, Alabama, in the city of Birmingham, Alabama, the property hereinafter described; and

WHEREAS, the highest and best bid for cash obtained for the property described in the aforementioned mortgage was the bid of the said FEDERAL HOME LOAN MORTGAGE CORPORATION in the amount of ONE HUNDRED SEVENTY SEVEN THOUSAND AND 00/100THS ($177,00.00) DOLLARS, which sum the said FEDERAL HOME LOAN MORTGAGE CORPORATION paid cash and said property was thereupon sold to the said FEDERAL HOME LOAN MORTGAGE CORPORATION; and

WHEREAS, said mortgage expressly authorized the mortgagee to bid at the said sale and purchase said property, if the highest bidder therefor, and authorized the Mortgagee or Auctioneer or any person conducting said sale for the Mortgagee to execute to the purchaser at the said sale a deed to the property so purchased;

NOW, THEREFORE, in consideration of the premises and of a credit of ONE HUNDRED SEVENTY SEVEN THOUSAND AND 00/100THS ($177,000.00) DOLLARS, on the indebtedness secured by said mortgage, the said LAURIE ANN MCGOUGH, acting by and through the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison, as said auctioneer and the person conducting the said sale for the Mortgagee or Transferee of Mortgagee, and the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing by John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and John M. Robison as said auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, do hereby grant, bargain, sell and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the following described real estate situated in Jefferson County, Alabama, to-wit:

LOT 8, FORESTWOOD FARMS A SUBDIVISION ACCORDING TO A MAP OR PLAT THEREOF WHICH IS ON FILE OF RECORD IN THE OFFICE OF THE PROBATE JUDGE OF JEFFERSON COUTNY, ALABAMA, IN MAP BOOK 63, PAGE 14, REFERENCE TO WHICH IS HEREBY MADE IN AID OF AND AS A PART OF THIS DESCRIPTION .

The following information is required by § 40-22-1

Grantors' Address: 7590 Forestwood Dr, Dora, AL 35062
Property Address: 7590 Forestwood Dr, Dora, AL 35062
Date of Sale: 7th day of March, 2018
Consideration: $177,000.00

TO HAVE AND TO HOLD THE above-described property unto the said FEDERAL HOME LOAN MORTGAGE CORPORATION forever; subject, however, to the statutory rights of redemption on the part of those entitled to redeem as provided by the laws of the State of Alabama and subject to any outstanding claims arising out of or relating to non-payment of ad valorem taxes, easements, encumbrances, reservations and exceptions reflected in the mortgage and/or those contained in the records of the office of the Judge of Probate of the county where the above-described property is situated.

IN WITNESS WHEREOF, the said New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing has caused this instrument to be executed by John M. Robison as auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, and in witness whereof the said John M. Robison has executed this instrument in his/her capacity as such auctioneer on this the 15 day of March, 2018.

County Division Code: AL039
Inst. # 2018029320 Pages: 1 of 2
I certify this instrument filed on
3/20/2018 9:10 AM Doc: D
Alan L.King, Judge of Probate
Jefferson County, AL, Rec: $20.00

Clerk: PWBE6S

DOCUMENT 16
DOCUMENT 25

LAURIE ANN MCGOUGH
Mortgagors

By:    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
       Mortgagee or Transferee of Mortgagee

By:    _John M. Robison_____
       As Auctioneer and the person conducting said
       sale for the Mortgagee or Transferee of
       Mortgagee

       New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
       Mortgagee or Transferee of Mortgagee

By:    _John M. Robison_____
       As Auctioneer and the person conducting said sale for the
       Mortgagee or Transferee of Mortgagee

       _John M. Robison_____
       As Auctioneer and the person conducting said sale for the Mortgagee or
       Transferee of Mortgagee

STATE OF ALABAMA

COUNTY OF _Jefferson_

I, the undersigned, a Notary Public in and for said State and County, hereby certify that John M. Robison, whose name as Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgagee, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that being informed of the contents of the conveyance, he/she, in his/her capacity as such Auctioneer and the person conducting said sale for the Mortgagee or Transferee of Mortgage, and with full authority executed this instrument voluntarily on the day the same bears date.

Given under my hand and official seal this 15th day of March, 2018.

_Angela Quick_____
NOTARY PUBLIC

MY COMMISSION EXPIRES _February 9, 2022_

This instrument prepared by:
Goodman G. Ledyard
PIERCE LEDYARD, P.C.
Post Office Box 161389
Mobile, Alabama 36616

Send Tax notice to:
Grantee's Address:
21550 Beaumeade Circle
Ashburne, VA  20147

ANGELA QUICK
NOTARY PUBLIC
ALABAMA STATE AT LARGE



**PIERCE LEDYARD PC**
ATTORNEYS AT LAW

MAILING ADDRESS:
POST OFFICE BOX 161389
MOBILE, ALABAMA 36616

TELEPHONE 251.338.1300
FACSIMILE 251.338.1305
WWW.PIERCELEDYARD.COM

March 12, 2018

VIA US AND CERTIFIED MAIL
ARTICLE NO. 7017 3380 0001 1321 7640
LAURIE ANN MCGOUGH
And/or Occupant
7590 Forestwood Dr
Dora, AL 35062

Re:   Foreclosure of mortgage to New Penn Financial, LLC d/b/a Shellpoint Mortgage
Servicing
Our File No. 3773/26082

Dear Mrs. McGough and/or occupant:

The above property was foreclosed on March 7th, 2018, by auction sale at the Courthouse
door.  I enclose a copy of the mortgage foreclosure deed.

You are hereby notified to vacate the premises within ten (10) days hereof.  Failure to vacate
within the prescribed time forfeits your right of redemption and will result in an ejectment
proceeding being brought against you.

Yours very truly,

Goodman G. Ledyard
For the Firm

GGL:bmw
Enclosure

cc: Shellpoint Mortgage Servicing



AlaFile E-Notice

01-CV-2018-901561.00

To:   ANDREW WEIL SAAG
      saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 5/25/2018 12:19:11 PM

Notice Date:      5/25/2018 12:19:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MATTHEW DOOLEY
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 5/25/2018 12:19:11 PM

Notice Date:     5/25/2018 12:19:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 5/25/2018 12:19:11 PM

Notice Date:     5/25/2018 12:19:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

To: VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following complaint was FILED on 5/25/2018 12:19:11 PM

Notice Date:     5/25/2018 12:19:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2018-901561.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** MATTHEW DOOLEY, 7590 FOREST WOOD DRIVE, DORA, AL 35062

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANDREW WEIL SAAG

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 5/25/2018 12:19:11 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)* *(Name of County)*
Alabama on _____
*(Date)*

_____ _____ _____
*(Type of Process Server)* *(Server's Signature)* *(Address of Server)*

_____ _____
*(Server's Printed Name)* *(Phone Number of Server)*

DOCUMENT 19

| **STATE OF ALABAMA**<br>**Unified Judicial System**<br><br>01-JEFFERSON | **Revised 3/5/08**<br><br>☐ District Court  ☑ Circuit Court | **Cas**<br><br>CV2 | ELECTRONICALLY FILED<br>5/25/2018 12:21 PM<br>01-CV-2018-901561.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|

| FEDERAL HOME LOAN MORTGAGE<br>CORPORATION V. LAURIE ANN MCGOUGH | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* C001 - FEDERAL HOME LOAN MORTGAGE<br>CORPORATION |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br><br>ANDREW WEIL SAAG<br>2311 HIGHLAND AVE S<br>BIRMINGHAM, AL 35205<br>*Attorney Bar No.:* SAA004 | ☐ Oral Arguments Requested |
|---|---|

### TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $ 0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☑ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br>5/25/2018 12:20:14 PM | Signature of Attorney or Party<br>/s/ ANDREW WEIL SAAG |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
5/25/2018 12:21 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | * |
| | * |
| | * |
| Plaintiff, | * |
| | * CASE NO. |
| VS. | * |
| | * CV 2018-901561 |
| LAURIE ANN MCGOUGH, | * |
| PHILLIP VAZZA, AND | * |
| MATTHEW DOOLEY, | * |
| | * |
| Defendants. | * |

## MOTION TO DISMISS DEFENDANT PHILLIP VAZZA

COMES NOW Plaintiff in the above-styled cause and moves to dismiss Phillip Vazza

WITHOUT PREJUDICE and for grounds in support thereof, says as follows:

For that Phillip Vazza no longer occupies the aforesaid property.

Costs taxed as paid.

"NO ORAL ARGUMENT"

Andy Saag (SAA004)
*Jacob A. Kiser (KIS004)
Attorneys for Plaintiff,
Federal Home Loan Mortgage
Corporation

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
E-mail addresses:
asaag@sirote.com
jkiser@sirote.com



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:   ANDREW WEIL SAAG
saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/25/2018 12:21:20 PM

**C001 FEDERAL HOME LOAN MORTGAGE CORPORATION**
PLAINTIFF'S MOTION TO DISMISS
[Filer: SAAG ANDREW WEIL]

Notice Date:      5/25/2018 12:21:20 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:   MCGOUGH LAURIE ANN (PRO SE)
      7590 FOREST WOOD DRIVE
      DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/25/2018 12:21:20 PM

**C001 FEDERAL HOME LOAN MORTGAGE CORPORATION**

PLAINTIFF'S MOTION TO DISMISS

[Filer: SAAG ANDREW WEIL]

Notice Date:      5/25/2018 12:21:20 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  VAZZA PHILIP (PRO SE)
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/25/2018 12:21:20 PM

**C001 FEDERAL HOME LOAN MORTGAGE CORPORATION**

PLAINTIFF'S MOTION TO DISMISS

[Filer: SAAG ANDREW WEIL]

Notice Date:      5/25/2018 12:21:20 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/25/2018 12:21:20 PM

**C001 FEDERAL HOME LOAN MORTGAGE CORPORATION**

PLAINTIFF'S MOTION TO DISMISS

[Filer: SAAG ANDREW WEIL]

Notice Date:      5/25/2018 12:21:20 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



ELECTRONICALLY FILED
5/29/2018 9:39 AM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

FEDERAL HOME LOAN MORTGAGE )
CORPORATION,
Plaintiff, )

)

V. ) Case No.:    CV-2018-901561.00

)

MCGOUGH LAURIE ANN, )
VAZZA PHILIP, )
DOOLEY MATTHEW, )
Defendants. )

### ORDER

The Court is in receipt of PLAINTIFF'S MOTION TO DISMISS DEFENDANT PHILLIP VAZZA. After due consideration, the Court finds the motion well taken and the same is hereby GRANTED. Defendant PHILLIP VAZZA is **DISMISSED** from this action without prejudice. This case shall remain active as to any and all remaining Defendants.

**DONE this 29th day of May, 2018.**

/s/ **JAVAN J. PATTON**
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  SAAG ANDREW WEIL
     saag73@aol.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/29/2018 9:39:01 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JJP

Notice Date:      5/29/2018 9:39:01 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  MCGOUGH LAURIE ANN (PRO SE)
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/29/2018 9:39:01 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JJP

Notice Date:    5/29/2018 9:39:01 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/29/2018 9:39:01 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:             JJP

Notice Date:     5/29/2018 9:39:01 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

A court action was entered in the above case on 5/29/2018 9:39:01 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JJP

Notice Date:     5/29/2018 9:39:01 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
5/31/2018 10:51 AM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br>Plaintiff, | ) ) ) | |
| V. | ) ) | Case No.:   CV-2018-901561.00 |
| MCGOUGH LAURIE ANN,<br>VAZZA PHILIP,<br>DOOLEY MATTHEW,<br>Defendants. | ) ) ) ) ) | |

### ORDER

The above style case is hereby set for a Status/Scheduling Conference Hearing on **June 25, 2018 at 8:30 A.M.**, in Courtroom 650, Jefferson County Courthouse, Birmingham, Alabama.

Please mark your calendars accordingly.

**DONE this 31st day of May, 2018.**

/s/ JAVAN J. PATTON
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To: SAAG ANDREW WEIL
saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/31/2018 10:51:41 AM

Notice Date: 5/31/2018 10:51:41 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/31/2018 10:51:41 AM

Notice Date:      5/31/2018 10:51:41 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/31/2018 10:51:41 AM

Notice Date:     5/31/2018 10:51:41 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was FILED on 5/31/2018 10:51:41 AM

Notice Date:      5/31/2018 10:51:41 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
6/19/2018 4:32 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | Cou<br>01-CV-2018-901561.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** MATTHEW DOOLEY, 7590 FOREST WOOD DRIVE, DORA, AL 35062

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ANDREW WEIL SAAG

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2311 HIGHLAND AVE S, BIRMINGHAM, AL 35205

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 5/25/2018 12:19:11 PM | /s/ ANNE-MARIE ADAMS | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Served Matthew Dooley in Jefferson County,
*(Name of Person Served)*   *(Name of County)*
Alabama on 06/11/2018 @ 5:03pm
*(Date)*

Special
*(Type of Process Server)*

*(Server's Signature)*

Ashley Haynes
*(Server's Printed Name)*

**H&A Associates**
*(Address of Server)* P.O. BOX 991
Moody AL 35004
205 492 0019
*(Phone Number of Server)*

**01-CV-2018-901561.00**
FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

| C001 - FEDERAL HOME LOAN MORTGAGE CORPORATION v. | D003 - MATTHEW DOOLEY |
|---|---|
| *(Plaintiff)* | *(Defendant)* |



## SERVICE RETURN COPY



AlaFile E-Notice

01-CV-2018-901561.00

To:  ANDREW WEIL SAAG
     saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 6/19/2018 4:32:41 PM

Notice Date:     6/19/2018 4:32:41 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To: MCGOUGH LAURIE ANN (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 6/19/2018 4:32:41 PM

Notice Date:      6/19/2018 4:32:41 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 6/19/2018 4:32:41 PM

Notice Date:     6/19/2018 4:32:41 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following RETURN ON SERVICE - SERVED was FILED on 6/19/2018 4:32:41 PM

Notice Date:      6/19/2018 4:32:41 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

DOCUMENT 28

ELECTRONICALLY FILED
6/19/2018 11:42 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) |
| | ) |
| | ) |
| Plaintiff – Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| LAURIE MCGOUGH | )   Civil Action No.: CV-2018-901561 |
| | ) |
| Defendant – Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   JURY TRIAL DEMANDED |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; NEW PENN FINANCIAL, LLC; Fictitious Counterclaim-Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the counterclaim; Names of the Fictitious parties are unknown to the Defendant at this time but will be added by amendment when ascertained, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Counterclaim Defendants. | |

## ANSWER AND COUNTERCLAIM

COMES NOW Defendant-Counterclaim Plaintiff, Laurie McGough (hereinafter "Defendant"), by and through her attorneys of record and files her Answer to the Mortgage Companies[1] Complaint, and her counterclaim pursuant to Rule 13 of the Alabama Rules of Civil Procedure as follows:

---

[1] "Mortgage Companies" refers to Plaintiff Federal Home Loan Corporation and Counterclaim Defendants New Penn Financial d/b/a Shellpoint Mortgage Servicing, all fictitious Counterclaim Defendants, any predecessor in interest, and also any servicing company acting on behalf of the Mortgage Companies.

DOCUMENT 28

## ANSWER

For Defendant's Answer to the Mortgage Companies Complaint, Defendant responds as follows:

1.    All material allegations are denied.

## AFFIRMATIVE DEFENSES[2] TO THE UNDERLYING FORECLOSURE AND EJECTMENT ACTION

1.    Defendant alleges that there is no default.

2.    Defendant alleges that the Mortgage Companies did not have actual physical possession of the original note at the time of the foreclosure.

3.    Defendant alleges that acceleration was improper and in violation of the contract between the parties.

4.    Defendant alleges that the Mortgage Companies failed to comply with applicable mortgage servicing regulations, guidelines and agreements, as well as the note and mortgage, and as such a condition precedent to acceleration and foreclosure has been violated requiring dismissal of the underlying foreclosure and ejectment action.

5.    Defendant alleges that the Mortgage Companies improperly rejected and refused payments from Defendant.

6.    Defendant alleges that the Mortgage Companies failed to offer pre-foreclosure loss mitigation as required. This failure requires that the underlying action seeking foreclosure or ejectment be dismissed or abated until such time as this requirement is satisfied.

7.    Defendant alleges that the Mortgage Companies did not have standing to initiate a foreclosure or ejectment action against Defendant.

---

[2] All facts asserted in the counterclaim are asserted in the Answer as well.

2

8.  Defendant alleges that the assignments, endorsements, or allonges to or from Mortgage Companies and any other entity were void, voidable, illegal, without legal effect and are otherwise invalid and unenforceable as a matter of law.

9.  The Note and Mortgage were split from each other, which destroyed the mortgage and the right to foreclose.

10. The foreclosing entity lacked standing to initiate a foreclosure, therefore the foreclosure is void or at least voidable and no title has passed to Plaintiff as there was no legal title to pass to it from the foreclosing entity.

11. The requirements of Defendant's mortgage were not followed in that there was not a proper and valid default letter, acceleration letter, advertising, and there was no proper foreclosure sale.

12. There was no legitimate foreclosure sale on March 7, 2018.

    a.  Without a foreclosure sale, the foreclosure deed is worthless.

    b.  Without a proper foreclosure deed, signed and notarized, the foreclosure deed is worthless.

    c.  Without a proper foreclosure deed, there is no basis for a demand to vacate or an ejectment lawsuit.

13. The title taken to the property by the Plaintiff is of no effect and void because the underlying foreclosure was commenced in violation of law on one or more of the following grounds:

    a.  The foreclosing entity lacked standing to foreclose.

    b.  The foreclosure was taken in violation of law in that the foreclosing entity did not own the mortgage debt upon which it foreclosed and therefore could pass no legal

3

title to the lands it claimed to foreclose nor could it acquire legal title to the lands that it foreclosed upon.

c.   The foreclosure was taken in violation of law in that the default was exaggerated, inflated and based upon improper and illegal mortgage servicing practices on the part of the foreclosing entity and its agents or employees.

d.   The Mortgage Companies failed to strictly comply with the requirements set out in Alabama law and the contract between the parties, with respect to notice, time and place of default notice, acceleration, and/or foreclosure, thereby rendering the foreclosure void.

e.   The Mortgage Companies failed to engage in loss mitigation required by its agreements and federal servicing guidelines which the entity is subject to, and because of the failure of the condition precedent to foreclosure the acceleration and default were invalid and illegal and renders the foreclosure void.

f.   There was no default upon which to accelerate based upon the agreement to modify or forbear the underlying debt.

g.   The Mortgage Companies that allegedly foreclosed on Defendant had no authority to do so as they did not own the note and mortgage so as to give them the right to foreclose.

h.   The Mortgage Companies committed numerous violations of state and federal law prior to, during, and after the alleged foreclosure, including fraud against the Defendant.

14.   Defendant claims a setoff due to the counterclaim.

15.   Mortgage Companies claims are barred by accord and satisfaction.

16.     Mortgage Companies claims are barred by duress.

17.     Mortgage Companies claims are barred by laches.

18.     Mortgage Companies claims are barred by waiver.

19.     Mortgage Companies claims are barred by estoppel.

20.     Mortgage Companies claims are barred by illegality.

21.     Mortgage Companies claims are barred by failure to state a claim.

## COUNTERCLAIM

Defendant files her counterclaim as follows:

1.      This action arises out of Counterclaim-Defendants' ("Mortgage Companies") state and federal law violations, the Fair Debt Collection Practices Act ("FDCPA"), the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 ("RESPA"), and out of the invasions of Defendant's personal and financial privacy by the Mortgage Companies and their agents.

## PARTIES

2.      The Counterclaim-Defendant, New Penn Financial, LLC ("New Penn") in this action does business in Alabama.

3.      The Plaintiff/Counterclaim-Defendant Federal Home Loan Mortgage Corporation does business in Alabama.

4.      Fictitious Counterclaim-Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the counterclaim; names of the Fictitious parties are unknown to the Defendant at this time but will be added by amendment when ascertained.

5.      Any reference to Mortgage Companies or any or all Counterclaim-Defendants refers to all Counterclaim-Defendants and Fictitious Counterclaim-Defendants.

6.      Defendant, Laurie McGough, is a resident of Jefferson County, Alabama, and is over the age of 19.

## JURISDICTION

7.      Jurisdiction is proper in the Circuit Court of Jefferson County, Alabama.  The underlying action is based upon a contract executed in Jefferson County, Alabama.  The action is brought to set aside a foreclosure instituted in Jefferson County, Alabama, and is in the nature of a counterclaim to that foreclosure action.  The action is brought to enforce the contractual remedies allowed in the mortgage document.   The action seeks damages in contract and tort for the actions of the counterclaim defendants with respect to their servicing, representations as to loan modification and the foreclosure on the loan in question.

## VENUE

8.      Venue is proper in this Court as Defendant is a citizen of Jefferson County, and all or substantially all of the wrongs complained of occurred in this county.

## BACKGROUND INFORMATION ON

## MORTGAGE SERVICING CASES

9.      In recent years many of the abusive and illegal practices of mortgage companies have come to light, including the rampant "robo signing" and "dual tracking," all of which led to government action against servicers and the amendments on Regulation X (RESPA) effective January 2014.

10.     In January 2013, the Consumer Financial Protection Bureau issued a number of final rules concerning mortgage markets in the United States, pursuant to the Dodd-Frank Wall

Street Reform and Consumer Protection Act (DFA), Public Law No. 111-203, 124 Stat. 1376 (2010).

11. Specifically, on January 17, 2013, the CFPB issued the Real Estate Settlement Procedures Act (Regulation X) and the Truth in Lending Act (Regulation Z) Mortgage Servicing Final Rules, 78 FR 10901 (Regulation Z)(February 14, 2013) and 78 FR 10695 (Regulation X)(February 14, 2013). These Regulations became effective on January 10, 2014.

12. The residential mortgage loan in this case is a "federally related mortgage loan" as that term is defined by Regulation 1024.2 (b) of the said Regulations.

13. The Plaintiff in this case is subject to the Regulations and does not qualify for any of the exceptions noted in the Regulations.

14. The Defendant is asserting a claim for relief against the Plaintiff for breach of the specific Rules under Regulation X as set forth below. The Defendant has a private right of action under the Real Estate Settlement Procedures Act, 12 USC 2605(f) for these breaches and such an action includes actual damages, costs, statutory damages and attorney's fees.

15. While the mortgage companies have been vehement in their attacks on the CFPB and Regulation X, which overhauled the loss mitigation process and provided for "Notices of Errors" and "Requests For Information," as replacements for the old "Qualified Written Requests," the mortgage industry (including Plaintiff) knows what the requirements are of this law.

16. The surprising fact is how often mortgage companies like Mortgage Companies are willing to violate RESPA and the FDCPA along with state law.

17. This case is a perfect example of what is happening across the country and this state.

DOCUMENT 28

## STATEMENT OF FACTS[3]

18.    The Mortgage Companies have acted as agents for each other and all actions taken by any entity were taken in the line and scope of the agency relationship with the other entity – therefore these companies (along with the fictitious defendants) will simply be described as "Mortgage Companies."

19.    Defendant had a consumer debt in the form of a residential loan, which after it allegedly went into default, Mortgage Companies began servicing[4] and collecting on the loan.

20.    Mortgage Companies have collected on, threatened to foreclose on, and claim to have in fact foreclose on Defendant's property on March 7, 2018.

21.    All actions of Mortgage Companies are illegal.

22.    Defendant invoked the loss mitigation procedures in a timely manner allowed for by RESPA but Mortgage Companies refused to allow Defendant to exercise Defendant's rights to loss mitigation to avoid the foreclosure.

23.    For example, Defendant made a valid request for loss mitigation on several occasions.

24.    Mortgage Companies denied the loss mitigation requests improperly and/or lied about the existence of any loss mitigation options.

25.    Instead Mortgage Companies foreclosed on Defendant.

26.    This violates RESPA and constitutes illegal "dual tracking" which is where a mortgage servicer (such as Mortgage Companies) proceeds with foreclosure when a consumer requests loss mitigation.

---

[3] All facts alleged in the Answer are incorporated in the Counterclaim as well.

8

27. This is not an oversight or a mistake on the part of Mortgage Companies but instead is a deliberate and calculated plan in an effort to thwart the protections offered to consumers such as Defendant when dealing with an alleged mortgage loan.

28. The actions and inactions of Mortgage Companies violate the FDCPA, RESPA, and state law.

29. Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors. 15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

(a) There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

(b) Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c) **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts**.

(d) Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e) It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged**, and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

30. Defendant took out a consumer debt – a home loan and such loan was secured by a mortgage on the property owned by Defendant.

31. The Mortgage Companies are considered "Debt Collectors" under the Fair Debt Collection Practices Act (FDCPA) as Mortgage Companies bought the loan or were assigned the loan after it was allegedly in default.

32.   A principal part of the business of the Mortgage Companies is to collect debts allegedly owed to others.

33.   Defendant has met her obligations under the Note, Mortgage, and any modification and/or trial payment programs.

34.   Mortgage Companies have broken their agreements with Defendant, which has led to the wrongdoing set forth in this pleading.

35.   Mortgage Companies have improperly added fees, charges, and otherwise illegally increased Defendant's payments, which forced Defendant to seek a loan modification.

36.   All of the actions of Mortgage Companies were taken in light of a deliberate plan, intent, and scheme to steal the Defendant's home and to remove any right of redemption and to obtain money damages against Defendant.

37.   It is unknown how Plaintiff claims to have standing to file the ejectment action.

38.   Concerning all of the assignments, transfers, and conveyances of any type, Defendant allege that all were improper, void, and without legal effect.

39.   The foreclosure was illegal and constituted a threat to take action, which Mortgage Companies were not legally entitled to take.

40.   Mortgage Companies used false representations and/or deceptive means to collect on this debt.

41.   The collection methods employed by Mortgage Companies were harassing and illegal.

42.   The foreclosure sale on March 7, 2018 was without proper notice to Defendant and in direct derogation of Alabama common and statutory law.

43.   Mortgage Companies allege that they are the purchasers of the property made the subject of this suit.

44.   Mortgage Companies have pursued an order ejecting Defendant from Defendant's home while representing to the Court that the foreclosure sale was lawful and that the Mortgage Companies had the present right, ownership and authority to pursue the foreclosure and that Mortgage Companies have the right to evict Defendant.

45.   The Mortgage Companies have represented to this Court that they are the proper holder of said mortgage and therefore foreclosed in accordance with Alabama law and their rights under the security agreement.

46.   Defendant alleges that the Mortgage Companies lacked standing to foreclose in that they have no present legal right to enforce the security agreement that underlies the foreclosure action.

47.   Defendant alleges, upon information and belief, that the alleged assignments related to Defendant's property are defective, void, or otherwise unenforceable.

48.   Defendant contends that said sale was wrongful, illegal, in violation of law and the documents governing the relationship between Defendant and the owners of her mortgage.

49.   Defendant contends that the foreclosing entity lacked standing to initiate a foreclosure and that the foreclosure is void or at least voidable and that no title has passed to Mortgage Companies as there was no legal title to pass to it from the foreclosing entity.

50.   Defendant alleges that the actions of the Mortgage Companies, and its agents, employees and servants were wrongful.

51.   Mortgage Companies have refused and have failed to send the required notices to Defendant of the alleged transfer of the mortgage and/or the note.

52. Defendant alleges that the actions of the Mortgage Companies in bringing an action for ejectment from Defendant's home and the Mortgage Companies wrongfully foreclosing is a violation of law, wrongful and tortuous and that Mortgage Companies hold no title to the home or property, and that the actions of Mortgage Companies constitute negligence, wantonness, intentional misconduct, fraud, breach of contract, abuse of process and slander of title.

53. As a direct result of the acts complained of, Defendant has been caused to suffer, and will continue to suffer great mental anguish, damage to Defendant's reputation, economic and emotional damages and claim from Mortgage Companies all damages allowable under the law.

54. All parties acted within the line and scope of any agency relationship and all of their employees and agents acted with the line and scope of their employment and/or agency relationship.

55. The Mortgage Companies acted as the agents for each other in all of their actions related to the Defendant was taken within the line and scope of their agency relationship with each other.

## COUNT ONE

## NEGLIGENCE

56. Defendant realleges all paragraphs as if set out here in full.

57. The Mortgage Companies negligently conducted a foreclosure sale on Defendant's property and have negligently attempted to eject Defendant from the home Defendant rightfully owns.

12

DOCUMENT 28

58.   The Mortgage Companies negligently handled, applied, imposed, created, serviced, and processed payments, charges, fees, expenses, and other aspects of Defendant's loan and mortgage, including the foreclosure process, particularly considering Mortgage Companies have no right to service Defendant's loan and no contractual relationship with Defendant.

59.   As a direct result of the said negligence, Defendant was injured and damaged as alleged above and have suffered mental anguish, economic injury and all other damages allowed by law.

60.   As a result thereof, the Mortgage Companies are liable for all natural, proximate and consequential damages due to its negligence.

## COUNT TWO

## WANTONNESS

61.   Defendant realleges all paragraphs as if set out here in full.

62.   The Mortgage Companies acted with reckless indifference to the consequences, and consciously and intentionally conducted a wrongful foreclosure sale on Defendant's property and the Mortgage Companies have acted with reckless indifference to the consequences, and consciously and intentionally in instituting this action to eject Defendant from the home Defendant rightfully owns.

63.   The Mortgage Companies wantonly handled, applied, imposed, created, serviced, and processed payments, charges, fees, expenses, and other aspects of Defendant's loan and mortgage, including the foreclosure process, particularly considering Mortgage Companies have no right to service Defendant's loan and no contractual relationship with Defendant.

DOCUMENT 28

64.    These actions were taken with reckless indifference to the consequences, consciously and intentionally in an effort to increase profits for the Mortgage Companies.

65.    The Mortgage Companies knew that these actions were likely to result in injury to Defendant including financial and emotional injuries and mental anguish.

66.    As a result thereof, the Mortgage Companies are liable for all natural, proximate and consequential damages due to its wantonness as well as punitive damages.

## COUNT THREE

## UNJUST ENRICHMENT

67.    Defendant adopts and realleges all paragraphs as if set out here in full.

68.    The actions of the Mortgage Companies in foreclosing on the home of Defendant in violation of law resulted in the Mortgage Companies being unjustly enriched by the payment of fees, insurance proceeds and equity in the home.

69.    As a result of the Mortgage Companies unjust enrichment, Defendant has been injured and damaged in that Defendant has been forced to pay charges that were illegal, wrong in character, wrong in amount, unauthorized, or otherwise improper under threat of and the actual illegal foreclosure by the Mortgage Companies.

70.    Defendant claims all damages allowable under law as a result of the Mortgage Companies wrongful conduct and unjust enrichment.

## COUNT FOUR

## WRONGFUL FORECLOSURE

71.    Defendant realleges all prior paragraphs as if set out here in full.

14

72. The Mortgage Companies have initiated a foreclosure proceeding against Defendant in violation of law and the Mortgage Companies have wrongfully brought an action for ejectment.

73. The foreclosure proceeding by the Mortgage Companies and ejectment action by Mortgage Companies were negligent, wanton or intentional, depending on proof adduced at trial.

74. The foreclosure was conducted for wrongful and illegal purposes, including covering up Mortgage Companies wrongdoing.

75. As a result thereof, the Mortgage Companies are liable for all natural, proximate and consequential damages due to their actions including an award of punitive damages.

## COUNT FIVE

## ABUSE OF PROCESS

76. Defendant realleges all paragraphs as if set out here in full.

77. The Mortgage Companies maliciously obtained the issuance of the writ or process of ejectment, from this Court and had it served on Defendant.

78. The Mortgage Companies abused the said writ or process because the attempt to eject Defendant from Defendant's home with the knowledge that Defendant is the rightful owner of Defendant's home and that the Mortgage Companies had no right to act against Defendant.

79. As the proximate result of Mortgage Companies abuse of the said writ or process, Defendant suffered and will continue to suffer injuries and damages.

80. Defendant claims all damages allowable under law.

## COUNT SIX

## SLANDER OF TITLE

81.   Defendant realleges all paragraphs as if set out here in full.

82.   The Mortgage Companies, in filing a foreclosure deed (which is void) have caused a cloud to be placed on the title of the property of Defendant.

83.   As the proximate cause of the Mortgage Companies slandering of Defendant's title, Defendant was caused to suffer injuries and damages and claims all damages allowable under law.

## COUNT SEVEN

## BREACH OF CONTRACT

84.   Defendant realleges all paragraphs as if set out here in full.

85.   The Mortgage Companies breached the contracts with Defendant and thereby caused Defendant's incidental and consequential damages (including mental anguish).

86.   Defendant claims all damages allowable under law.

## COUNT EIGHT

## NEGLIGENT AND/OR WANTON HIRING, SUPERVISION, AND/OR TRAINING

87.   Defendant realleges all paragraphs as if set out here in full.

88.   The Mortgage Companies hired, supervised, and/or trained incompetent agents or employees who committed some or all of the wrongful acts set forth in this Answer and Counterclaim.

89.   The Mortgage Companies knew or should have known of the incompetence of these agents or employees.

90.   The Mortgage Companies were negligent or reckless in their hiring, supervision, and/or training, which led as a direct and proximate result to the damages suffered by Defendant.

91.  Defendant claims all damages allowable under law.

## COUNT NINE

## INTENTIONAL AND/OR MALICIOUS CONDUCT

92.  Defendant realleges all paragraphs as if set out here in full.

93.  All actions of the Mortgage Companies were made intentionally and/or malicious and led to the damages of Defendant as a direct proximate result.

94.  Defendant claims all damages allowable under law.

## COUNT TEN

## INVASION OF PRIVACY

95.  Defendant realleges all paragraphs as if set out here in full.

96.  Alabama law recognizes Defendant's right to be free from invasions of privacy and Mortgage Companies violated Alabama state law as described in this Complaint.

97.  Congress explicitly recognized a consumer's inherent right to privacy in collection matters in passing the Fair Debt Collection Practices Act, when it stated as part of its findings:

> **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy.**

15 U.S.C. § 1692(a) (emphasis added).

98.  Congress further recognized a consumer's right to privacy in financial data in passing the Gramm Leech Bliley Act, which regulates the privacy of consumer financial data for a broad range of "financial institutions" including debt collectors (albeit without a private right of action), when it stated as part of its purposes:

> It is the policy of the Congress that **each financial institution has an affirmative and continuing obligation to respect the privacy of its**

17

> **customers** and to protect the security and confidentiality of those customers' nonpublic personal information.

15 U.S.C. § 6801(a) (emphasis added).

99.    Mortgage Companies and/or its agents intentionally, recklessly, and/or negligently interfered, physically or otherwise, with the solitude, seclusion and or private concerns or affairs of the Defendants, namely, by repeatedly and unlawfully attempting to collect a debt and thereby invaded Defendants' privacy.

100.   Mortgage Companies and its agents intentionally, recklessly, and/or negligently caused emotional harm to Defendant by engaging in highly offensive conduct in the course of collecting this debt, thereby invading and intruding upon Defendant's right to privacy.

101.   Defendant had a reasonable expectation of privacy in Defendant's solitude, seclusion, private concerns or affairs, and private financial information.

102.   The conduct of Mortgage Companies and their agents, in engaging in the above-described illegal collection conduct against Defendant, resulted in multiple intrusions and invasions of privacy by the Mortgage Companies which occurred in a way that would be highly offensive to a reasonable person in that position.

103.   As a result of such intrusions and invasions of privacy, Defendant is entitled to actual damages in an amount to be determined at trial from Mortgage Companies.

104.   All acts of Mortgage Companies and their agents and/or employees were committed with malice, intent, wantonness, and/or recklessness and as such Mortgage Companies are subject to punitive damages.

## COUNT ELEVEN

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

105.   Defendant realleges all paragraphs as if set out here in full.

106.   The acts and omissions of Mortgage Companies and their agents constitute numerous and multiple violations of the FDCPA with respect to Defendants, including but not limited to: 15 U.S.C. §§ 1692d, 1692e, 1692e(2), 1692e(4), 1692e(5), 1692e(8), 1692e(10), 1692e(11), 1692f, 1692f(1), 1692f(6), and 1692g.

107.   As a result of the violations of the FDCPA, Defendant is entitled to statutory damages, actual and compensatory damages, and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Plaintiff.

## COUNT TWELVE

## VIOLATIONS OF RESPA

108.   Defendant realleges all paragraphs as if set out here in full.

109.   Mortgage Companies violated RESPA in dual tracking and failing to properly respond and/or acknowledge Defendant's letters.

110.   Mortgage Companies violated the prohibition on "dual tracking" by refusing to stop the foreclosure procedure after Defendant requested loss mitigation in a timely manner.

111.   The Mortgage Companies in this case have exhibited a pattern and practice of failing to comply with the Regulations.

112.   Mortgage Companies have refused to properly acknowledge and/or answer notice of error and request for information letters sent to them by Defendant.

19

113.   As a result of this lack of compliance by the Mortgage Companies, Mortgage Companies are liable to Defendant for actual damages, statutory damages for each violation, costs and attorneys fees.

114.   The violations of the law by Mortgage Companies set forth have resulted in mental anguish, emotional distress, financial loss, damage to credit, and other damages that will be identified in discovery.

## RELIEF REQUESTED

**WHEREFORE,** Defendant having set forth Defendant's claims for relief against the Mortgage Companies (each one including fictitious defendants), respectfully prays of the Court as follows:

    a.   That Defendant recovers against the Mortgage Companies a sum to be determined by a jury of her peers in the form of actual damages;

    b.   That Defendant recovers against the Mortgage Companies a sum to be determined by a jury of her peers in the form of punitive damages;

    c.   That Defendant recovers against the Mortgage Companies a sum to be determined by a jury of her peers in the form of nominal damages;

    d.   That Defendant recovers against Mortgage Companies a sum to be determined by a jury of her peers in the form of statutory damages;

    e.   That Defendant recovers reasonable attorney's fees, costs, expenses;

    f.   That the foreclosure sale be set aside; and

    g.   That Defendant has such other and further and proper relief as the Court may deem just and proper.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
**Attorneys for Laurie McGough**

Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

## DEFENDANT-COUNTERCLAIM PLAINTIFF DEMANDS A TRIAL BY JURY

### PLEASE SERVE NEW COUNTERCLAIM DEFENDANT AS FOLLOWS:

New Penn Financial, LLC
c/o Corporation Servicing Company Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

### CERTIFICATE OF SERVICE

I hereby certify that on this the **19th day of June, 2018**, I electronically filed a copy of the forgoing upon counsel for all parties to this proceeding by Alafile.

Andy Saag
Jacob A. Kiser
Sirote & Permutt, PC
2311 Highland Avenue South
PO Box 5727
Birmingham, Alabama 35255-5727

/s/ John G. Watts
OF COUNSEL



AlaFile E-Notice

01-CV-2018-901561.00

To:   JOHN GRIFFIN WATTS
      john@wattsherring.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:     6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  MCGOUGH LAURIE ANN (PRO SE)
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:      6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  VAZZA PHILIP (PRO SE)
     7590 FOREST WOOD DRIVE
     DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:      6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-901561.00

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:      6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  SAAG ANDREW WEIL
     saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:     6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  NEW PENN FINANCIAL, LLC
     C/O CORP SERVICING CO
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following answer was FILED on 6/19/2018 11:42:22 PM

Notice Date:      6/19/2018 11:42:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
6/19/2018 11:42 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff – Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAURIE MCGOUGH** | ) | **Civil Action No.: CV-2018-901561** |
| | ) | |
| **Defendant – Counterclaim Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION; NEW PENN FINANCIAL, LLC; Fictitious Counterclaim-Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the counterclaim; Names of the Fictitious parties are unknown to the Defendant at this time but will be added by amendment when ascertained,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Counterclaim Defendants.** | | |

## DEFENDANT'S INTERROGATORIES, REQUESTS FOR ADMISSION, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR PRODUCTION OF STATEMENTS TO COUNTERCLAIM DEFENDANT NEW PENN FINANCIAL, LLC

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Ashley Smith ("Defendant") propounds the following discovery interrogatories and requests:

## INSTRUCTIONS

If any objection is made to any of the following interrogatories or discovery requests, you shall make any such objection and state the relevant legal basis for such objection. If any

objection is made based upon a claim of privilege as to any response, you shall state the legal basis for the privilege you are invoking and provide a detailed privilege log to support the invocation of such privilege.

Each and every interrogatory and discovery request herein is deemed continuing in nature pursuant to the Rules of Civil Procedure, and you are obligated to seasonably amend and provide any updated information that renders the responses to one or more of these interrogatories and discovery requests, incomplete or inaccurate, and serve those amended responses upon the counsel for Defendant.

As used in these interrogatories and discovery requests, the term "document" or "documents" means every writing or recorded material of every type and description, of any kind, that is in the possession, control or custody of you, which you have knowledge, whether originals, copies or facsimiles. Such writings or recordings include, but are not limited to, collection notes, electronic computer collection records, printouts of collection records, sample collection letters, Metro-data tapes, diskettes, computer hard drives, tape backups, Zip-type disks, magnetic media of any kind, CD-ROM, DVD, correspondence, memoranda, stenographic notes, handwritten notes, contracts, documents, rough drafts, inter-office memoranda, memoranda for the files, letters, research materials, logs, diaries, forms, bank statements, tax returns, card files, books of account, journals, ledgers, invoices, diagrams, minutes, manuals, studies, publications, pamphlets, pictures, films, voice recordings, reports, surveys, minutes, statistical compilations, data processing cards, computer records, tapes, print-outs, agreements, communications, state and federal governmental hearings, reports, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, notebooks, note charts, charts, plans, drawings, sketches, maps,

summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, photographs, video tape, motion picture film, digital photographs, brochures, advertisements, circular, press releases, drafts, any marginal comments appearing on any document, all other writings, books of all nature and kind whether handwritten, typed, printed, mimeographed, photocopied or otherwise reproduced, all tape recordings (whether for computer, audio, or visual replay) and all other written, printed, and recorded matter or tangible things upon which words, phrases, symbols or information of any kind are recorded, encrypted or otherwise stored.

A request to "identify" a document is a request to state the following, as applicable:

a.  The date of the document;

b.  The type of document;

c.  The names and present addresses of the person or persons who prepared the document and of the signers and addressors of the document;

d.  The name of the employer or principal whom the signers, addressers and preparers were representing;

e.  The present location of the document;

f.  The name and current business and home addresses of the present custodian of the original document, and any copies of it;

g.  A summary of the contents of the document; and

h.  If the original document was destroyed, the date and reason for or circumstances under which it was destroyed.

Defendant requests that the documents be made available for this inspection at the offices of counsel for Defendant at **The Kress Building 301 Nineteenth Street North, Birmingham, Alabama 35203**.

These interrogatories and discovery requests are intended to cover all documents in your possession, or subject to their custody and control, regardless of location. If there are no such documents, please so state. If there are such documents, please list and mark appended documents responsive to each request. (Rules of Civil Procedure, Rule 34(b)).

Each interrogatory propounded herein should be answered from your entire knowledge from all sources and all information in your possession or otherwise available to you, including information from your officers, employees, agents, representatives or consultants and information which is known by each of them. An incomplete or evasive answer is deemed a failure to answer.

If any answer is qualified, you shall state specifically the terms of each qualification and the reasons for it. If an interrogatory cannot be answered in full, state the part which can be answered and answer the same in full to the extent possible; state further and specifically the reason(s) why the remainder cannot be answered.

If any interrogatory may be answered fully by a document, the document may be attached in lieu of an answer if the document is marked to refer to the Interrogatory to which it responds.

For purpose of these requests, a statement is (a) a written statement signed or otherwise adopted or approved by the person making it, or (b) stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

All requests are limited in time (unless otherwise specified) to three (3) years prior to the date of the suit to the present.

## INTERROGATORIES

**Pursuant to Rule 33 of the Rules of Civil Procedure, Defendant requests that you answer, under oath, the following interrogatories:**

1.  Explain when you first received the ownership or servicing rights to Defendant's loan and explain in detail, attaching all relevant documents, the status of the loan at that time. This includes whether or not the loan was in default when you first received it.

2.  For each individual person, officer, employee, agent, or other entity answering or providing any information used you to answer any Interrogatory, state the following:

    a.  First, last, and middle legal name;

    b.  All DBA, fake, or alias name(s) used by this person;

    c.  Job title or capacity;

    d.  Business address and telephone number;

    e.  Home address and telephone number; and

    f.  Age.

3.  Identify each document referred to or consulted by you in the preparation of the Answers to these Interrogatories and discovery requests made within this entire document.

4.  Identify all persons known to you to have personal knowledge of any facts or issues involved in this lawsuit, state the following:

    a.  First, last, and middle legal name;

    b.  All DBAs, fake, or alias name(s) used by this person;

    c.  Job title or capacity;

    d.  Business address and telephone number;

    e.  Home address and telephone number;

DOCUMENT 29

    f.    Age; and

    g.    State the general substance of each person's knowledge.

5.    Identify and describe with particularity all training that you provide or receive, in the area of foreclosure activities, loan modifications, and postponement of foreclosures, including but not limited to:

    a.    The training content, timing, and duration;

    b.    All documents and audio or visual materials used in such training; and

    c.    Each person involved in providing such training.

6.    Identify and describe all documents, manuals, instructions, checklists, memorandum, restrictions or other documentation or instructions that your employees or agents are given, read, review, or otherwise use, regarding foreclosures, loan modifications, and postponement of foreclosures.

7.    Please state in detail and provide all witnesses that support your answer as to every basis that you had to conduct the foreclosure, which occurred on or about March 7, 2018.

8.    Identify all notices sent pursuant to the Note or Mortgage.

9.    Identify as of March 7, 2018, the total current balance due, the past-due principal, past due interest, other charges due, and the amounts past due.

10.    Identify and produce all advertisements or other foreclosure notices that relate to Defendants for Defendants' property.

11.    Identify and describe any and all documents that describe, record, or establish your methods and techniques used to foreclosure for the previous three years and up through the present.

12.    Identify and describe fully any and all computerized, mechanical, manual, or other system(s) that you use, maintain, or operate to record any and all mail, telephone, in-person, or other

-6-

forms of communications, or attempted communications, with persons or other third parties in connection with the collection of accounts, and your policies and procedures for operating such a system of records.

13. Identify whether you electronically record telephone calls by any means with any persons and what steps are taken to preserve these recordings.

14. Identify whether you recorded any telephone call with Defendant and whether or not these recordings have been preserved, and the current location and/or disposition of these recordings.

15. In the form of a chronology, identify and describe in detail and with particularity, the process, events, and circumstances under which the foreclosure took place, beginning with the first alleged default of Defendant.

16. Identify and describe each communication, or attempted communication, between you with Defendant, or any other person, which is in any way related to Defendants' foreclosure, by stating the following:

    a. The name of the individual initiating communication;

    b. The name of the person and/or description of the person to whom the communication was directed;

    c. The date and time of the communication;

    d. The method of the communication (e.g. letter, phone call, in-person);

    e. A detailed description of the substance of the communication, (do not simply refer to notes);

    f. Identification of all witnesses to or participants in the communication; and,

    g. Any actions taken by you as a result of the communication.

17. Do you allege Defendant owes you any deficiency? If so, state in detail the amount and calculation thereof identifying all related documents.

18. Identify the full legal name, address, telephone, position, and title of all former employees of yours who in any manner were involved with the account of Defendant.

19. Identify all lawsuits brought against you at any time arising out its foreclosing or attempted foreclosing activities, and for any reason, by supplying the correct legal caption, the court file number, the jurisdiction, the date of filing, and the final disposition or current status.

20. Identify all legal claims, equitable claims, regulatory complaints, regulatory reports, arbitrations, mediations, in-court settlements, out-of-court settlements, or any other proceedings, formal or informal, Better Business Bureau, Commerce Department, or other regulatory complaints made against you or your employees at any time arising out its foreclosing or attempted foreclosing activities, and for any reason, by supplying the correct caption (if any), the name(s) of the complaining party, the file number, the jurisdiction, the date of filing, and the final disposition or current status of the claim, complaint or proceeding.

21. Please identify all properties you have foreclosed on in Alabama, stating the following:

   a. Number of foreclosures;

   b. Name of the borrower on the Note and the property location;

   c. Style of suits;

   d. All notices sent to each person; and

   e. Whether the notice provisions of the Note and Mortgage differ from Plaintiff's Note and Mortgage.

22.     Identify what happened to the Note and Mortgage from the time they were executed up until the current day.  Include all assignments, transfers, endorsements, allonges, etc.

23.     Identify all charges, fees or expenses that were imposed on Defendant and the authority for each such charge, fee or expense.

24.     In what order were payments to be applied – i.e. principal, interest, late fees, etc.

25.     For every payment received, describe how you applied every dollar and when you applied it.

26.     Identify every late fee, expense or charge during the life of the loan and the basis for each.

27.     Who conducted the foreclosure sale and what did he say or read out loud to conduct the sale. Identify all persons and documents.

28.     A listing of all phone numbers you gave to Defendant to call you and a list of all calls made to Defendant and from Defendant to you.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**Pursuant to Rule 34 of the Rules of Civil Procedure, Defendant requests that you produce the documents described herein and permit Defendant's attorneys to inspect and copy such documents as they may desire:**

1.     Any and all documents identified, consulted, reviewed or referred to in Response to all sets of Defendant's Interrogatories, Request for Admissions, and Requests for Statements.

2.     All documents which relate to Defendant's residence, which was foreclosed.

3.     All documents which constitute the notice given to Defendant pursuant to under the mortgage.

4.     All documents sent to Defendant pursuant to any provision of the Mortgage or Note.

5.   Any and all training, personnel, or other instruction manuals used by any and all personnel or agents involved in any step of the foreclosure process who are employed by or who are agents of you or supervised by you.

6.   Any and all documents related to or evidencing any and all lawsuits, legal claims, equitable claims, regulatory complaints,  regulatory reports, arbitrations, mediations, in-court settlements, out-of-court settlements, or any other proceedings, formal or informal, to which you has been named as a witness or a party, that have existed or been brought with respect to or involving you, and which involved as all or part of their subject matter foreclosures or alleged violation by you of the Note or Mortgage.

7.   Any and all documents in the possession or control of you that you claim are in any way relevant to the subject matter of the instant lawsuit.

8.   Any and all documents or recordings documenting, or otherwise tracking your attempts to collect a debt from Defendant, including but not limited to:

   a.   Records of all inbound or outbound telephone calls, to or from Defendant;

   b.   Records of all inbound or outbound United States mail, to or from Defendant, or anyone on Defendant's behalf.

   c.   Records of all other inbound or outbound communication of whatever kind, to or from Defendant, or anyone on Defendant's behalf.

9.   Any and all printouts computer, mechanical or other reports printed, prepared, or otherwise created using any computer system, software package, software system, or other electronic or non-electronic device used in any manner by you to collect debts, which include Defendant's name, address, telephone number(s), account number, or any other information which is personally identifiable to Defendant.

10.    A plain-English description or glossary for any and all lists, legends, codes, abbreviations, collector initials, or other non-obvious terms, words, or data contained in any of the documents produced above.

11.    All documents between you and any other party to this case in any way related to Defendant.

12.    All documents between you and any non-party related to Defendant.

13.    All policy and procedure books, manuals, guides, etc. related to loan modifications, foreclosures, reinstatement after foreclosure, and ejectment suits.

## REQUEST FOR PRODUCTION OF STATEMENTS

**Pursuant to Rule 26 and 34 of the Rules of Civil Procedure, Defendant demands that copies of the following be made available:**

1.    All statements made by parties and non-parties, which are in the possession or control of you, concerning the above action or its subject matter which are discoverable pursuant to the Rules of Civil Procedure.

## REQUEST FOR ADMISSIONS

Pursuant to the Rules of Civil Procedure the Defendant demands that the following be admitted or denied:

1.    Admit that you are obligated to follow the terms of the mortgage.

2.    Admit that you are obligated to follow the terms of the note.

3.    Admit that you do not have the original note.

4.    Admit that when you were assigned the mortgage and the debt of Defendant the loan was in default.

-11-

5.   Admit you did not send a letter to Defendant telling Defendant that the loan had been
     sold or transferred to you.

                                        /s/ John G. Watts
                                        **John G. Watts (WAT056)**
                                        **M. Stan Herring (HER037)**
                                        **Attorneys for Laurie McGough**

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com


**PLEASE SERVE NEW COUNTERCLAIM DEFENDANT AS FOLLOWS:**

New Penn Financial, LLC
c/o Corporation Servicing Company Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

**CERTIFICATE OF SERVICE**

        I hereby certify that on this the **19th day of June, 2018**, I electronically filed a copy of

the forgoing upon counsel for all parties to this proceeding by Alafile.

Andy Saag
Jacob A. Kiser
Sirote & Permutt, PC
2311 Highland Avenue South
PO Box 5727
Birmingham, Alabama 35255-5727

                                        /s/ John G. Watts
                                        OF COUNSEL

DOCUMENT 30

ELECTRONICALLY FILED
6/19/2018 11:42 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff – Counterclaim Defendant, | ) ) ) |
| v. | ) ) ) |
| LAURIE MCGOUGH | ) **Civil Action No.: CV-2018-901561** ) |
| Defendant – Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; NEW PENN FINANCIAL, LLC; Fictitious Counterclaim-Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the counterclaim; Names of the Fictitious parties are unknown to the Defendant at this time but will be added by amendment when ascertained, | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) ) ) |
| Counterclaim Defendants. | ) |

### NOTICE TO TAKE DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE OF NEW PENN FINANCIAL, LLC BY VIDEO OR OTHER LAWFUL MEANS

Take notice, that Laurie McGough will take the deposition of the following entities or individuals pursuant to the Rules of Civil Procedure. The deponent(s) must bring all documents listed in this deposition notice and any attachments, and present the originals of these documents for inspection and copying at the deposition. The deposition will continue until completed.

**DEPONENT:**    **Corporate Representative of New Penn Financial, LLC**

**DATE:**    **August 27, 2018**

**TIME:**    **9:00 a.m.**

**PLACE:**                    **Watts & Herring, LLC**
                             **The Kress Building**
                             **301 19th Street North**
                             **Birmingham, AL 35203**

   **Please note that pursuant to the Rules of Civil Procedure 30(b)(5) & (6), you must**

**designate an individual to testify as to the following matters:**

1.     Allegations of the Complaint and Counterclaim.

2.     Your Answer to the Counterclaim.

3.     The Note and Mortgage of Defendant.

4.     All assignments, endorsements, allonges, or other transfers of the Note or Mortgage of

       Defendant.

5.     All discovery responses to Defendant's written discovery.

6.     Loan modifications with Defendant.

7.     All training, supervision, and policies related to foreclosure and any loss mitigation

       (including loan modifications).

8.     Training, supervision, and policies regarding all postponing or cancelling a foreclosure

       sale.

9.     Training, supervision, and policies regarding foreclosure deeds.

10.    Relationship with all other parties including the Plaintiff.

11.    Receipt of and responses to any notice of error or request for information letters from

       Defendant.

**DUCES TECUM**

   **PLEASE TAKE FURTHER NOTICE** that, the designated representative(s) of you

must bring the following documents with them to the deposition:

1.     All documents responsive to the Request for Production of Documents and documents

-2-

related to the topics referenced above.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
**Attorneys for Laurie McGough**

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**PLEASE SERVE NEW COUNTERCLAIM DEFENDANT AS FOLLOWS:**

New Penn Financial, LLC
c/o Corporation Servicing Company Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **19th day of June, 2018**, I electronically filed a copy of

the forgoing upon counsel for all parties to this proceeding by Alafile.

Andy Saag
Jacob A. Kiser
Sirote & Permutt, PC
2311 Highland Avenue South
PO Box 5727
Birmingham, Alabama 35255-5727

/s/ John G. Watts
OF COUNSEL

-3-

DOCUMENT 31

ELECTRONICALLY FILED
6/19/2018 11:42 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| **Plaintiff – Counterclaim Defendant,** | ) ) |
| v. | ) ) |
| **LAURIE MCGOUGH** | ) )    Civil Action No.: CV-2018-901561 |
| **Defendant – Counterclaim Plaintiff,** | ) ) |
| v. | ) ) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; NEW PENN FINANCIAL, LLC; Fictitious Counterclaim-Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the counterclaim; Names of the Fictitious parties are unknown to the Defendant at this time but will be added by amendment when ascertained, | )    **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) ) ) |
| **Counterclaim Defendants.** | ) |

## NOTICE TO TAKE DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE OF FEDERAL HOME LOAN MORTGAGE CORPORATION BY VIDEO OR OTHER LAWFUL MEANS

Take notice, that Laurie McGough will take the deposition of the following entities or individuals pursuant to the Rules of Civil Procedure. The deponent(s) must bring all documents listed in this deposition notice and any attachments, and present the originals of these documents for inspection and copying at the deposition. The deposition will continue until completed.

**DEPONENT:**  Corporate Representative of Federal Home Loan Mortgage Corporation

**DATE:**  August 28, 2018

-1-

**TIME:**         **9:00 a.m.**

**PLACE:**      **Watts & Herring, LLC**
**The Kress Building**
**301 19th Street North**
**Birmingham, AL 35203**

**Please note that pursuant to the Rules of Civil Procedure 30(b)(5) & (6), you must designate an individual to testify as to the following matters:**

1.    Allegations of the Complaint and Counterclaim.

2.    Your Answer to the Counterclaim.

3.    The Note and Mortgage of Defendant.

4.    All assignments, endorsements, allonges, or other transfers of the Note or Mortgage of Defendant.

5.    All discovery responses to Defendant's written discovery.

6.    Loan modifications with Defendant.

7.    All training, supervision, and policies related to foreclosure and any loss mitigation (including loan modifications).

8.    Training, supervision, and policies regarding all postponing or cancelling a foreclosure sale.

9.    Training, supervision, and policies regarding foreclosure deeds.

10.    Relationship with all other parties including New Penn Financial, LLC.

## <u>DUCES TECUM</u>

**PLEASE TAKE FURTHER NOTICE** that, the designated representative(s) of you must bring the following documents with them to the deposition:

1.    All documents responsive to the Request for Production of Documents and documents related to the topics referenced above.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
**Attorneys for Laurie McGough**

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**PLEASE SERVE NEW COUNTERCLAIM DEFENDANT AS FOLLOWS:**

New Penn Financial, LLC
c/o Corporation Servicing Company Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that on this the **19th day of June, 2018**, I electronically filed a copy of

the forgoing upon counsel for all parties to this proceeding by Alafile.

Andy Saag
Jacob A. Kiser
Sirote & Permutt, PC
2311 Highland Avenue South
PO Box 5727
Birmingham, Alabama 35255-5727

/s/ John G. Watts
OF COUNSEL

-3-

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2018-901561.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

**NOTICE TO:** NEW PENN FINANCIAL, LLC, C/O CORP SERVICING CO 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS                                                                                     ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203                                                  .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MCGOUGH LAURIE ANN

pursuite to the Alabama Rules of the Civil Procedure.                                        *[Name(s)]*

| 6/19/2018 11:42:22 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JOHN GRIFFIN WATTS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                              *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____        _____

*(Type of Process Server)*              *(Server's Signature)*                *(Address of Server)*

_____        _____

*(Server's Printed Name)*              *(Phone Number of Server)*



JUN 27 2018



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH

01-CV-2018-901561.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $8.67

Parties to be served by Certified Mail - Return Receipt Requested

NEW PENN FINANCIAL, LLC   *Answer   Oool*          Postage: $8.67
C/O CORP SERVICING CO
641 SOUTH LAWRENCE STREET      7015 0920 0001 4531 4051
MONTGOMERY, AL 36104

Parties to be served by Certified M... ...ed

Parties to be served by First Class...

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

NEW PENN FINANCIAL, LLC

C/O CORP SERVICING CO

841 SOUTH LAWRENCE STREET

MONTGOMERY, AL 36104

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Answer
0001



CV-2018-901561   S+A

9590 9402 3448 7275 0980 30

2. Article Number (Transfer from service label)

7015 0920 0001 4531 4051

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2016 PSN 7530-02-000-9053

Domestic Return Receipt



AlaFile E-Notice

01-CV-2018-901561.00

To:   CHERYL HOWELL OSWALT
      coswalt@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
7/19/2018 5:39 PM
01-CV-2018-901561.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Case No.: CV-2017-900071** |
| | ) | |
| **LAURIE MCGOUGH and MATTHEW DOOLEY,** | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION; NEW PENN FINANCIAL, LLC,** | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

### NOTICE OF APPEARANCE

COMES NOW Cheryl H. Oswalt, of the law firm of Sirote & Permutt, P.C., and gives notice of her appearance as counsel for Federal Home Loan Mortgage Corporation, the Plaintiff/Counterclaim Defendant, in the above-styled case. The filing of this Notice of Appearance is not intended to and does not in any way waive any rights or defenses available to Defendant under state or federal court.

s/ Cheryl H. Oswalt
Cheryl Howell Oswalt (OSW004)
Attorney for Plaintiff/Counterclaim Defendant
Federal Home Loan Mortgage Corporation

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:    (205) 930-5101
coswalt@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Laurie McGough*

Matthew Dooley
7590 Forest Wood Drive
Dora, AL 35062

New Penn Financial, LLC
c/o The Corporation Servicing Company Inc.
641 South Lawrence Street
Montgomery, AL  36104

s/ Cheryl H. Oswalt
OF COUNSEL

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEW PENN FINANCIAL, LLC
C/O CORP SERVICING CO
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104



9590 9402 3448 7275 0960 30

2. Article Number (Transfer from service label)

7015 0920 0001 4531 4051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   7-2-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

CV-2018-901561
S + A
Answer
001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9403 3448 7275 0560 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sent*

this box*

ANNE-MARIE ADAMS, CLERK
JEFFERSON COUNTY CIRCUIT COURT
CIVIL DIVISION - ROOM 400
716 RICHARD ARRINGTON BLVD
BIRMINGHAM, ALABAMA 35203

FILED
IN OFFICE
CIVIL DIVISION

JUL 03 2018

ANNE-MARIE ADAMS
CLERK



AlaFile E-Notice

01-CV-2018-901561.00

Judge: JAVAN J. PATTON

To:  SAAG ANDREW WEIL
     saag73@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following matter was served on 7/2/2018

**O001 NEW PENN FINANCIAL, LLC**

**Corresponding To**

CERTIFIED MAIL

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  CHERYL HOWELL OSWALT
coswalt@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To: VAZZA PHILIP (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  DOOLEY MATTHEW (PRO SE)
7590 FOREST WOOD DRIVE
DORA, AL, 35062-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  NEW PENN FINANCIAL, LLC (PRO SE)
C/O CORP SERVICING CO
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  SAAG ANDREW WEIL
     saag73@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:      7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:  WATTS JOHN GRIFFIN
     john@wattsherring.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:     7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-901561.00

To:   HERRING MYLES STANLEY JR.
      stan@wattsherring.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL HOME LOAN MORTGAGE CORPORATION V. LAURIE ANN MCGOUGH
01-CV-2018-901561.00

The following NOTICE OF APPEARANCE was FILED on 7/19/2018 5:40:09 PM

Notice Date:      7/19/2018 5:40:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov